JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| G&K FOUNDATION,<br><br>            Plaintiff,<br><br>  vs.<br><br>HEALTHCARE REALTY TRUST INCORPORATED; HEALTHCARE REALTY SERVICES, LLC; HR OF CALIFORNIA, LLC; and DOES 1-25, inclusive,<br><br>            Defendants. | CASE NO. CV 22-7263-MWF(JCx)<br><br>**ORDER REMANDING CASE TO STATE COURT** |

1        On November 3, 2022, plaintiff G&K Foundation ("Plaintiff") filed a motion to remand this case to state court. Plaintiff and defendants Healthcare Realty Trust Incorporated, Healthcare Realty Services, LLC, and HR of California, LLC ("Defendants"), by and through their counsel of record, thereafter stipulated that the case shall be remanded to Los Angeles County Superior Court. Accordingly, the Court hereby orders that this case be REMANDED to the Superior Court of California, County of Los Angeles, Van Nuys Courthouse East, assigned judge: Valerie Salkin.

       IT IS SO ORDERED.

Dated: November 18, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

4893-0399-8015, v. 1